```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION


HELENA DELORES WEATHERSPOON,    )
                                )
          Plaintiff,            )
                                )
     vs.                        )    No. 4:06-CV-156 (CEJ)
                                )
AT&T CORPORATION,               )
                                )
          Defendant.            )
```

**ORDER**

On April 23, 2007, the Court received a letter from plaintiff dated April 19, 2007, which appears to be a response to defendant's motion for summary judgment. The Court will direct the letter to be filed and docketed as such. In the letter, plaintiff also requests an extension of the "deadlines." It is not clear whether the plaintiff is referring to the deadline for responding to the defendant's summary judgment motion or to a deadline contained in the Case Management Order. Without clarification, the Court cannot grant the plaintiff's request.

The plaintiff is advised that all future mailings of pleadings and other materials to be filed in this case must be addressed to the Clerk of Court. They are not to be addressed or sent to the undersigned or to chambers.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's letter dated April 19, 2007 and received by the Court shall be filed and docketed as plaintiff's response to defendant's motion for summary judgment.

**IT IS FURTHER ORDERED** that plaintiff's request for an extension of the deadlines in this case is **denied without prejudice**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of April, 2007.